CLAIR DORGAN, Respondent, v. FRANK J. DUFFY, INC., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of ANTOINETTE E. A. K. LUKASZEWSKA, for Admission to the Bar.— Application for admission to the bar denied.

MERCIE M. PEACOCK, Appellant, v. GOTTLIEB SCHWARTZ and Another, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

FRANK PACER and Another, as Administrators, etc., Respondents, v. JOHN W. SCHUPP and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of WILLIAM F. WENDT, an Incompetent Person.— Motion granted and appeal dismissed, with costs.

JOHN TUCHOLKA, Appellant, v. WESTERN ASSURANCE COMPANY, Respondent. — Motion granted and appeal dismissed, with costs.

CORA B. HOGAN, Respondent, v. NAIDA S. POPE, Appellant.— Motion granted and appeal dismissed, without costs.

HENRY A. KLEIN, Respondent, v. ROSE SEEGER KLEIN, Appellant.— Motion granted and appeal dismissed.

GOODMAN & SUSS, INC., Respondent, v. WILLIAM WALLACK, Doing Business as WALLACK BROS., etc., Appellant.— Motion for stay denied, with ten dollars costs.

JAMES R. PIERCE, Respondent, v. EDWARD K. FENNO, Impleaded, etc., Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and briefs on appeal by August first.

EUGENE W. WILCOX and Others, Appellants, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Motion for stay granted. Motion for order dispensing with printing of records and briefs used on former appeal granted.

BUFFALO FOUNDRY AND MACHINE COMPANY, Respondent, v. TRIBUNO & GARRISH, INC., Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers on appeal by September first.

EDWARD J. GOODWIN, Trading as E. J. GOODWIN & COMPANY, Respondent, v. THE WESTCOTT WHITMORE COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers by August first.

PEOPLE'S BANK OF BUFFALO, Respondent, v. ROBERT G. WILLIAMS, Appellant. — Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and briefs by September tenth.

In the Matter of the Application of WILLIAM B. MOORE for a Writ of Habeas Corpus.— Motion granted for stay until the first day of the September term of this court, on which day the appellant must be ready for argument.

In the Matter of ROBERT W. FARRINGTON, an Attorney and Counselor at Law. — Motion for revocation and cancellation of order of disbarment denied. Motion to dismiss appeal taken to Court of Appeals granted, unless appellant shall within thirty days perfect his appeal by giving the undertaking required by section 593 of the Civil Practice Act.